

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00182-CV

**CAPSTONE BUILDING CORPORATION,**

**Appellant**

v.

**IES COMMERCIAL, INC.,**

**Appellee**

**From the 12th District Court
Walker County, Texas
Trial Court No. 1326476A**

## ORDER

Appellee's unopposed motion to extend the time to file appellee's motion for rehearing is granted. Appellee's motion for rehearing is due 14 days after the date of this Order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Order issued and filed May 26, 2016

